

**OKLAHOMA INSURANCE DEPARTMENT**

Insurance Commissioner, Glen Mulready

Legal Division

400 NE 50ᵗʰ Street    405.521.2746    405.522.0125
Oklahoma City, OK 73105    oid.ok.gov

March     7, 2022


MARKEL AMERICAN INSURANCE COMPANY
4521 HIGHWOODS PKWY
GLEN ALLEN     VI   23060


RE:  CJ2200604
     In the District Court in TULSA
     State of Oklahoma
     PEDERNAL PROPERTIES, LLC
            vs
     MARKEL AMERICAN INSURANCE COMPANY


Dear Sir or Madam:

Enclosed is a copy of the above captioned summons
served on the Insurance Commissioner as designated agent
for service of process of foreign insurance companies doing
business in the State of Oklahoma (36 O.S. section 621(B)).


Sincerely,

GLEN MULREADY
Insurance Commissioner


Maria Torres              Legal Department


dp/enclosure



KATHLEEN A. STURGEON
MARKEL CORPORATION TEN PARKWAY NO
DEERFIELD     IL   60015

 **CT Corporation**

**Service of Process Transmittal**
03/08/2022
CT Log Number 541196154

**TO:**  Kathleen Sturgeon
MARKEL
10275 W HIGGINS RD STE 750
ROSEMONT, IL 60018-5625

**RE:**  **Process Served in Oklahoma**

**FOR:**  Markel Service, Incorporated  (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | PEDERNAL PROPERTIES, LLC, an Oklahoma Limited Liability Company vs. MARSH USA INC. |
| **DOCUMENT(S) SERVED:** | Letter, Summons(es), Petition(s) |
| **COURT/AGENCY:** | Tulsa County - District Court, OK<br>Case # CJ202200604 |
| **NATURE OF ACTION:** | Amount $10,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Oklahoma City, OK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/08/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of this summons upon you exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Frank W Frasier<br>FRASIER, FRASIER & HICICMAN, LLP<br>1700 Southwest Boulevard<br>Tulsa, OK 74107-1730<br>918-584-4724 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780103004994<br><br>Image SOP<br><br>Email Notification,  Kathleen Sturgeon  legalregulatory@markel.com<br><br>Email Notification,  LAURIE FORD  laurie.ford@markel.com<br><br>Email Notification,  Scott Olson  scott.olson@markel.com<br><br>Email Notification,  Karen Earls  karen.earls@markel.com<br><br>Email Notification,  Heather Stenmark  Heather.Stenmark@markel.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company<br>1833 South Morgan Road<br>Oklahoma City, OK 73128<br><br>866-401-8252 |

 **CT Corporation**

**Service of Process Transmittal**
03/08/2022
CT Log Number 541196154

**TO:**    Kathleen Sturgeon
MARKEL
10275 W HIGGINS RD STE 750
ROSEMONT, IL 60018-5625

**RE:**    **Process Served in Oklahoma**

**FOR:**    Markel Service, Incorporated  (Domestic State: VA)

EastTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



*1051449677*

## IN THE DISTRICT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

PEDERNAL PROPERTIES, LLC, an )
Oklahoma Limited Liability )
Company, )
)
                  **Plaintiff,** )
)
v. )
)
MARSH USA, INC., a foreign )
business corporation; MARKEL )
AMERICAN INSURANCE )
COMPANY, and MARKEL SERVICE, )
INCORPORATED, a foreign )
business corporation, )
)
            **Defendants** )

DISTRICT COURT
**F I L E D**

FEB 2 8 2022

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Case No. _____

# CJ-2022-00604
Caroline Wall

**ATTORNEY'S LIEN CLAIM**
**JURY TRIAL DEMANDED**

## PETITION

**COMES NOW** Plaintiff, by and through its attorney of record, Frank W

Frasier, and the law firm of Frasier, Frasier & Hickman, LLP, and for this its

Complaint against the Defendants, Marsh USA, Inc., Markel American Insurance

Company, and Markel Service, Incorporated, states as follows:

### I

Plaintiff is a limited liability company formed under the laws of the State of

Oklahoma.

### II

Defendant Marsh USA, Inc., is a foreign business corporation incorporated

in the State of Delaware and licensed to do business in the State of Oklahoma.

FWF/kes
\\FFH-VM-DC\Company\Clients\OPEN\Kathy\FWF\FLINT RESOURCES CO., LLC (21-2369)\Petition.wpd

## III

Markel American Insurance Company is an resident of Glenn Allen, Virginia and is formed under the laws of the State of Virginia and sells insurance products in the State of Oklahoma.

## IV

Markel Service, Incorporated is a foreign business corporation incorporated in the State of Virginia and licensed to do business in the State of Oklahoma.

## V

The facts that give rise to this cause of action occurred in Tulsa County, State of Oklahoma.

## VI

The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs, and is otherwise within the jurisdiction of this court.

## COUNT ONE - BREACH OF CONTRACT/BAD FAITH

## VII

On or before the 19th day of February, 2021, Defendant Marsh USA, Inc. helped Plaintiff procure insurance products from Defendant Markel American Insurance Company and Defendant Markel Service, Incorporated.

## VIII

That at all times material herein, the Defendants acted through their respective agents, servants, and employees within the scope and appointment of their agency and authority.

## IX

That this Court has jurisdiction over the parties and the subject matter of this cause of action.

## X

That all times material herein, Plaintiff was insured by policy number MKLM7IM0052068. This policy was issued by the Defendant Markel American Insurance Company and/or Defendant Markel Service, Incorporated, with the assistance of the Defendant Marsh USA, Inc.

## XI

Plaintiff suffered severe and significant loss under this policy and made claim thereunder for benefits. Defendants Markel American Insurance Company wholly failed, refused, and neglected to pay Plaintiff's claims.

## XII

The actions of Defendants Markel American Insurance Company and Markel Service, Incorporated in adjusting the losses suffered by Plaintiff were reckless or willful failure to exercise good faith and fair dealing for which Plaintiff suffers distress, loss of monies, and other damages.

### VIII

At the time of Plaintiff's loss, there was a policy of insurance in place that the Defendants Markel American Insurance Company and Markel Service, Incorporated breached their contract of insurance with this Plaintiff and, in addition, failed to deal fairly and in good faith with this Plaintiff in that they failed or refused to fairly investigate Plaintiff's claim and timely pay same. That the Defendants were negligent in evaluating the claim and denying the claim.

### COUNT TWO - AGENT NEGLIGENCE

Plaintiff incorporates by reference all allegations in paragraph I through VIII as fully set forth herein.

### XIV

That Defendant Marsh USA, Inc. did negligently and without proper cause fail to fully inform the Co-Defendant Markel Service, Incorporated and Markel American Insurance Company about Plaintiff's property. In so doing, Marsh USA, Inc. breached its duty to properly inform Co-Defendants of Plaintiff's situation and its duty to procure for Plaintiff the appropriate coverage and take reasonable steps to make sure Plaintiff was provided the insurance coverage it paid premiums to Defendant Marsh USA, Inc.

### XV

As a result of Defendant Marsh USA, Inc.'s negligence, Co-Defendant Markel American Insurance Company and Markel Service, Incorporated denied

coverage to Plaintiff for their claims.   Thus, Plaintiff has suffered damages including, but not limited to loss of use, property damage, and other expenses.

**WHEREFORE**, premises considered, Plaintiff prays for judgment against each Defendant in a sum in excess of Ten Thousand Dollars ($10,000.00) and against each Defendant in a sum in excess of Ten Thousand Dollars ($10,000.00) for punitive damages, together with attorney's fees, all costs of this action, and for any and all other relief to which Plaintiff may be deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____
Frank W Frasier, OBA #17864
1700 Southwest Boulevard
Tulsa, OK 74107-1730
(918) 584-4724
(800) 522-4049
(918) 583-5637 *fax*
frasier@tulsa.com *e-mail*